IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

JAMES L. GREGORY, et al.,

    Plaintiffs,

VS.                                                    NO. 08-2078-Ma

MORGAN KEEGAN & COMPANY, INC.,
et al.,

    Defendants.

---

ORDER OF DISMISSAL

---

    The plaintiff has submitted a notice of voluntary dismissal in this matter indicating that this matter may be dismissed. This case is therefore DISMISSED WITHOUT PREJUDICE.

    It is so ORDERED this 23rd day of December, 2008.

                                           S/    *Samuel H. Mays, Jr.*
                                           SAMUEL H. MAYS, JR.
                                           UNITED STATES DISTRICT JUDGE